**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ITT ENIDINE INC., a Delaware corporation,      ) <br><br>      ) <br>      ) <br> Plaintiff,      ) <br>      ) <br> v.      ) <br>      ) <br> GENERAL AEROSPACE, INC., a <br> Washington corporation; and GENERAL <br> AEROSPACE GMBH, a German <br> corporation.      ) <br>      ) <br> Defendants.      ) | Civil Action No. 2:18-cv-1108 <br><br> **STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT GENERAL AEROSPACE, INC. TO RESPOND TO COMPLAINT AND JURY DEMAND** |

**STIPULATED MOTION**

Plaintiff ITT Enidine Inc. filed its Complaint and Demand for Jury Trial on July 27, 2018. Dkt. #1. The registered agent for Defendant General Aerospace, Inc. was served with the Complaint and Demand for Jury Trial on August 3, 2018. Dkt. #5. Defendant General Aerospace GmbH, a German corporation, agreed to a waiver of service on August 22, 2018 giving it 90 days or until November 20, 2018 to file and serve an answer or a motion under Rule 12. In order to provide General Aerospace, Inc. with additional time to file and serve an answer or a motion under Rule 12 consistent with the timing of General Aerospace GmbH's response date, the parties, by and through their respective counsel of record, hereby stipulate and agree that Defendant General

Stipulated Motion and Order   - 1
to Extend Time for Defendant General
Aerospace, Inc. to Respond to Complaint
and Jury Demand
Case No. 2:18-cv-1108

Purcell Legal & Mediation Services, PLLC
7127 – 196th St. S.W., Suite 201
Lynnwood, WA 98036
425-774-0444

Aerospace, Inc., like Defendant General Aerospace GmbH, shall have until November 20, 2018

to file and serve an answer or a motion under Rule 12.

Dated this 24th day of August, 2018.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

PURCELL LEGAL & MEDIATION
SERVICES, PLLC

By: s/ *Colin B. Heideman*
Colin B. Heideman (SBN 44,873)
colin.heideman@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Phone: (206) 405-2000
Facsimile: (206) 405-2001

Michael K. Friedland (*Admitted Pro Hac Vice*)
michael.friedland@knobbe.com
Nicholas M. Zovko (*Admitted Pro Hac Vice*)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff ITT ENIDINE INC.*

*s/ Douglas W. Purcell*
Douglas W. Purcell
dpurcell@purcelllegal.com
Purcell Legal & Mediation Services, PLLC
7127 – 196th St. S.W.
Suite 201
Lynnwood, WA 98036
425-774-0444
425-771-2711 (fax)

*Attorney for Defendant General Aerospace,
Inc. and General Aerospace GmbH*

Stipulated Motion and Order    - 2
to Extend Time for Defendant General
Aerospace, Inc. to Respond to Complaint
and Jury Demand
Case No. 2:18-cv-1108

Purcell Legal & Mediation Services, PLLC
7127 – 196th St. S.W., Suite 201
Lynnwood, WA 98036
425-774-0444

# ORDER

IT IS SO ORDERED.

DATED this 24th day of August, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by*:

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: s/ *Colin B. Heideman*
Colin B. Heideman (SBN 44,873)
colin.heideman@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Phone: (206) 405-2000
Facsimile: (206) 405-2001

Michael K. Friedland (*Admitted Pro Hac Vice*)
michael.friedland@knobbe.com
Nicholas M. Zovko (*Admitted Pro Hac Vice*)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff ITT ENIDINE INC.*

PURCELL LEGAL & MEDIATION
SERVICES, PLLC

*s/ Douglas W. Purcell*
Douglas W. Purcell
dpurcell@purcelllegal.com
Purcell Legal & Mediation Services, PLLC
7127 – 196th St. S.W.
Suite 201
Lynnwood, WA 98036
425-774-0444
425-771-2711 (fax)

*Attorney for Defendant General Aerospace, Inc. and General Aerospace GmbH*

Stipulated Motion and Order
to Extend Time for Defendant General
Aerospace, Inc. to Respond to Complaint
and Jury Demand
Case No. 2:18-cv-1108

Purcell Legal & Mediation Services,PLLC
7127 – 196th St. S.W., Suite 201
Lynnwood, WA 98036
7127 – 196th St. S.W.
425-774-0444