THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ITT ENIDINE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL AEROSPACE, INC., a Washington corporation; and GENERAL AEROSPACE GmbH, a German corporation,<br><br>Defendants. | Case No. 2:18-cv-01108-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS GENERAL AEROSPACE, INC. AND GENERAL AEROSPACE GMBH TO SERVE RESPONSIVE PLEADINGS** |

**STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and 10(g), Plaintiff ITT Enidine Inc. ("Plaintiff") and Defendants General Aerospace, Inc. and General Aerospace GmbH ("Defendants") hereby stipulate to extend the time for Defendants to serve their responsive pleadings to Plaintiff's Complaint from April 22, 2019 to May 1, 2019.

Plaintiff filed its Complaint on July 27, 2018. Dkt. #1. The Court considered and thereafter denied Defendants' Rule 12 Motion to Dismiss. Dkt. #35. Accordingly, pursuant to FRCP 12(a)(4)(A), Defendants must serve their responsive pleadings "within 14 days after notice of the court's action", which notice occurred on April 8, 2019. *Id.*

STIPULATED MOTION TO EXTEND TIME -1-
Case No. 2:18-cv-01108-RSM

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

Notwithstanding the foregoing, Defendants have asked Plaintiff for additional time to prepare their responsive pleadings in light of certain religious holidays and a related long-planned vacation of a critical employee, and Plaintiff has graciously agreed.

As such, the parties hereby stipulate and agree that Defendants General Aerospace, Inc. and General Aerospace GmbH shall have until **May 1, 2019** to serve their responsive pleadings.

Respectfully submitted this 18th day of April, 2019.

| KNOBBE, MARTENS, OLSON & BEAR, LLP | BAKER & HOSTETLER, LLP |
|---|---|
| s/ Colin B. Heideman | s/ Douglas A. Grady |
| Colin B. Heideman, WSBA #44,873 | Douglas A. Grady, WSBA #36,100 |
| Nathan D. Reeves, WSBA #50,055 | 999 Third Avenue, Suite 3600 |
| 925 Fourth Avenue, Suite 2500 | Seattle, WA 98104 |
| Seattle, WA 98104 | 206.332.1380 |
| 206.405.2000 | 206.624.7317 (fax) |
| 206.405.2001 (fax) | dgrady@bakerlaw.com |
| colin.heideman@knobbe.com | |
| nathan.reeves@knobbe.com | John W. McIlvaine |
| | (*Admitted Pro Hac Vice*) |
| Michael K. Friedland | Bryan P. Clark |
| (*Admitted Pro Hac Vice*) | (*Admitted Pro Hac Vice*) |
| Nicholas M. Zovko | Barry J. Coyne |
| (*Admitted Pro Hac Vice*) | (*Admitted Pro Hac Vice*) |
| 2040 Main Street, 14th Floor | THE WEBB LAW FIRM |
| Irvine, CA 92614 | 420 Ft. Duquesne Blvd., Suite 1200 |
| 949.760.0404 | One Gateway Center |
| 949.760.9502 (fax) | Pittsburgh, PA 15222 |
| michael.friedland@knobbe.com | 412.471.8815 |
| nicholas.zovko@knobbe.com | 412.471.4094 (fax) |
| | jmcilvaine@webblaw.com |
| *Attorneys for Plaintiff ITT Enidine, Inc.* | bclark@webblaw.com |
| | bcoyne@webblaw.com |
| | |
| | *Attorneys for Defendants General Aerospace, Inc. and General Aerospace GmbH* |

STIPULATED MOTION TO EXTEND TIME -2-
Case No. 2:18-cv-01108-RSM

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1  IT IS SO ORDERED.

2  Dated this 23 day of April 2019.

*(signature)*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME  -3-
Case No. 2:18-cv-01108-RSM

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380